IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE SONIC LIMITED, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:10-CV-455 |
| RESEARCH IN MOTION LTD. and RESEARCH IN MOTION CORPORATION, | § § § § | Jury Trial Demanded |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)**

On this day, the Court considered the Unopposed Motion to Transfer Venue to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a) (Doc. No. 29) filed by Defendants Research in Motion Limited and Research in Motion Corporation. After considering the motion, response, evidence submitted, and applicable law, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the motion is GRANTED, and this case is hereby transferred to the United States District Court for the Northern District of Texas.

**It is SO ORDERED.**

SIGNED this 17th day of March, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE